UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Anthony Favors,                                         Civil No. 21-cv-0359 (PJS/TNL)

      Plaintiff,

v.                                                                                   **ORDER**

Internal Revenue Service,

      Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 24, 2021 (ECF No. 21), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The applications to proceed *in forma pauperis* of plaintiff Joseph Anthony Favors (ECF Nos. 2, 20) are **DENIED**.

3. Favor's motion for partial summary judgment (ECF No. 9) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 7/23/21

                                                      The Honorable Patrick J. Schiltz
                                                      United States District Court Judge
                                                      for the District of Minnesota